UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STUART A. BAILEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:13-cv-57-GZS ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on December 30, 2013, his Recommended Decision (ECF No. 19). Plaintiff filed his Objection to the Recommended Decision (ECF No. 20) on January 16, 2014. Defendant filed its Response to Plaintiff's Objection to the Recommended Decision (ECF No. 21) on January 27, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that the Commissioner's Decision is **AFFIRMED**.

/s/ George Z. Singal
United States District Judge

Dated this 29th day of January, 2014.